GOURDIN (EINSTEIN v.). See Case No. 4,320.

GOURDIN (STRAIN v.). See Case No. 13,521.

GOURE (UNITED STATES v.). See Case No. 15,240.

GOURLAY (UNITED STATES v.). See Case No. 15,241.

---

## Case No. 5,644.

### GOVE v. The BOLD RUNNER.

District Court, D. Massachusetts. 1859.

MARITIME LIENS—MATERIALS AND LABOR—SWORN STATEMENT OF DEMAND.

Laws Mass. 1855, c. 231, in providing for liens on vessels and ships, in favor of mechanics and material men, requires (section 2) the filing of a sworn statement of the demand claimed. Held, that the certificate must contain the Christian as well as the surname of the lien claimant.

[Cited in 2 Pars. Shipp. & Adm., to the point stated above. Nowhere more fully reported; opinion not now accessible.]